COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-16-00664-CR

Style:      Johnny Melchor Macias v. The State of Texas

Date motion filed[*]:      May 4, 2017

Type of motion:      State's Second Motion for Extension of Time to File Appellate Brief

Party filing motion:      Appellee The State of Texas

Document to be filed:      Appellee's brief

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      March 20, 2017

     Number of extensions granted:      1      Current Due Date: May 4, 2017

     Date Requested:      N/A (45 days requested for a total of 91 days from original due date)

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: June 19, 2017.

         ☑ **No further extensions of time will be granted.**

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes

         ☑ Acting individually      ☐ Acting for the Court

Date: May 11, 2017